76,389-07

Anthony Norman
#1718 789/WYNNE
810 FM 2821
Huntsville, Tx 77349

Clerk
Texas Court of Criminal Appeals
P.O. Box 12308
Austin, Tx ~~77344~~ 78711-2308

08/18/2015

Dear Clerk,

I am trying to find out what the status is on cause # WR-76,389-07.( Cause # 1248767 from the 262nd District Court Harris County). I was informed you received the case 04/23/2015 having been submitted 03/11/2015 to the district clerk. In any case I was expecting at a minimum an evidentary hearing on my Actual Innocence claim which have apparently been denied by WR-76,389-09 and WR-76,389-10.

Is the 11.07 still pending?

Thank you,

Anthony N

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk